IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JASON YOUNGDAHL

Criminal No. 25-234

**DRAFT #1, objections due by 8/7/26**

## VERDICT SLIP

We, the jury in the above-captioned matter, return the following unanimous verdict:

1.      **As to Count One: Wire Fraud (On or about January 26, 2022, relating to an electronic transfer of $200,000 in EIDL funds), we the jury find the Defendant Jason Youngdahl:**


_____          _____

Not Guilty                Guilty


2.      **As to Count Two: Wire Fraud (On or about February 23, 2022, relating to an electronic transfer of $61,500 in EIDL funds), we the jury find the Defendant Jason Youngdahl:**


_____          _____

Not Guilty                Guilty


3.      **As to Count Three: Theft of Government Property (From in and around March 2020 continuing until in and around May 2022, relating to EIDL funds), we the jury find the Defendant Jason Youngdahl:**


_____          _____

Not Guilty                Guilty

4.    **As to Count Four: Money Laundering (On or about February 4, 2022, relating to personal vehicle), we the jury find the Defendant Jason Youngdahl:**

_____          _____

Not Guilty          Guilty

5.    **As to Count Five: Money Laundering (On or about March 28, 2022, relating to residence), we the jury find the Defendant Jason Youngdahl:**

_____          _____

Not Guilty          Guilty

**You have reached the end of the Verdict Form. Please sign and date this form and alert the bailiff that you have reached a verdict.**

So said by all this \_\_\_\_ day of August, 2026.

_____          _____

JURY FOREPERSON          JURY MEMBER

_____          _____

JURY MEMBER          JURY MEMBER

_____          _____

JURY MEMBER          JURY MEMBER

_____          _____

JURY MEMBER          JURY MEMBER

_____          _____

JURY MEMBER          JURY MEMBER

_____          _____

JURY MEMBER          JURY MEMBER