IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

      PLAINTIFF,

  V.

JASON YOUNGDAHL,

      DEFENDANT.

CRIMINAL NO. 25-0234
ELECTRONICALLY FILED

DRAFT #1, OBJECTIONS DUE
BY 8/7/26

# FINAL JURY INSTRUCTIONS

## I. GENERAL INSTRUCTIONS

NOW THAT YOU HAVE HEARD THE EVIDENCE AND THE ARGUMENT, IT IS MY DUTY TO INSTRUCT YOU ON THE LAW.

WE HAVE GIVEN YOU COPIES OF THE SPECIAL VERDICT FORM ON WHICH YOU WILL ANSWER SPECIFIC QUESTIONS. PLEASE TAKE A FEW MINUTES TO READ THE VERDICT FORM, BECAUSE THE INSTRUCTIONS I AM ABOUT TO GIVE YOU WILL HELP YOU ANSWER THOSE QUESTIONS.

WHEN YOU RETIRE TO THE JURY ROOM TO DELIBERATE, YOU MAY TAKE THESE INSTRUCTIONS WITH YOU, ALONG WITH YOUR NOTES, THE EXHIBITS THAT THE

1

COURT HAS ADMITTED INTO EVIDENCE, AND THE VERDICT FORM.  YOU SHOULD SELECT ONE MEMBER OF THE JURY AS YOUR FOREPERSON. THAT PERSON WILL PRESIDE OVER THE DELIBERATIONS AND SPEAK FOR YOU HERE IN OPEN COURT.

YOU HAVE TWO MAIN DUTIES AS JURORS.  THE FIRST ONE IS TO DECIDE WHAT THE FACTS ARE FROM THE EVIDENCE THAT YOU SAW AND HEARD HERE IN COURT. DECIDING WHAT THE FACTS ARE IS YOUR JOB, NOT MINE, AND NOTHING THAT I HAVE SAID OR DONE DURING THIS TRIAL WAS MEANT TO INFLUENCE YOUR DECISION ABOUT THE FACTS IN ANY WAY.

YOUR SECOND DUTY IS TO TAKE THE LAW THAT I GIVE YOU, APPLY IT TO THE FACTS, AND DECIDE IF, UNDER THE APPROPRIATE BURDEN OF PROOF, THE PARTIES HAVE ESTABLISHED THEIR CLAIMS.  IN OTHER WORDS, IT IS YOUR DUTY TO DETERMINE FROM THE EVIDENCE WHAT

ACTUALLY HAPPENED IN THIS CASE, APPLYING THE LAW AS I NOW EXPLAIN IT.

IT IS MY JOB TO INSTRUCT YOU ABOUT THE LAW, AND YOU ARE BOUND BY THE OATH THAT YOU TOOK AT THE BEGINNING OF THE TRIAL TO FOLLOW THE INSTRUCTIONS THAT I GIVE YOU, EVEN IF YOU PERSONALLY DISAGREE WITH THEM.  THIS INCLUDES THE INSTRUCTIONS THAT I GAVE YOU BEFORE AND DURING THE TRIAL, AND THESE INSTRUCTIONS.  ALL THE INSTRUCTIONS ARE IMPORTANT, AND YOU SHOULD CONSIDER THEM TOGETHER AS A WHOLE; DO NOT DISREGARD OR GIVE SPECIAL ATTENTION TO ANY ONE INSTRUCTION; AND DO NOT QUESTION THE WISDOM OF ANY RULE OF LAW OR RULE OF EVIDENCE I STATE.   IN OTHER WORDS, DO NOT SUBSTITUTE YOUR OWN NOTION OR OPINION AS TO WHAT THE LAW IS OR OUGHT TO BE.

PERFORM THESE DUTIES FAIRLY.  DO NOT LET ANY BIAS, SYMPATHY OR PREJUDICE THAT YOU MAY FEEL

TOWARD ONE SIDE OR THE OTHER INFLUENCE YOUR DECISION IN ANY WAY.

AS JURORS, YOU HAVE A DUTY TO CONSULT WITH EACH OTHER AND TO DELIBERATE WITH THE INTENTION OF REACHING A VERDICT.  EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT ONLY AFTER A FULL AND IMPARTIAL CONSIDERATION OF ALL OF THE EVIDENCE WITH YOUR FELLOW JURORS.  LISTEN TO EACH OTHER CAREFULLY. IN THE COURSE OF YOUR DELIBERATIONS, YOU SHOULD FEEL FREE TO RE-EXAMINE YOUR OWN VIEWS AND TO CHANGE YOUR OPINION BASED UPON THE EVIDENCE. BUT YOU SHOULD NOT GIVE UP YOUR HONEST CONVICTIONS ABOUT THE EVIDENCE JUST BECAUSE OF THE OPINIONS OF YOUR FELLOW JURORS. NOR SHOULD YOU CHANGE YOUR MIND JUST FOR THE PURPOSE OF OBTAINING ENOUGH VOTES FOR A VERDICT.

WHEN YOU START DELIBERATING, DO NOT TALK TO THE JURY OFFICER, TO ME, OR TO ANYONE BUT EACH

OTHER ABOUT THE CASE.  DURING YOUR DELIBERATIONS, YOU MUST NOT COMMUNICATE WITH OR PROVIDE ANY INFORMATION TO ANYONE BY ANY MEANS ABOUT THIS CASE.  YOU MAY NOT USE ANY ELECTRONIC DEVICE OR MEDIA, SUCH AS A CELL PHONE, A SMART PHONE LIKE BLACKBERRIES, DROIDS, OR IPHONES, OR A COMPUTER OF ANY KIND; THE INTERNET, ANY INTERNET SERVICE, OR ANY TEXT OR INSTANT MESSAGING SERVICE LIKE TWITTER; OR ANY INTERNET CHAT ROOM, BLOG, WEBSITE, OR SOCIAL NETWORKING SERVICE SUCH AS FACEBOOK, TWITTER, MYSPACE, LINKEDIN, OR YOUTUBE, TO COMMUNICATE TO ANYONE ANY INFORMATION ABOUT THIS CASE OR TO CONDUCT ANY RESEARCH ABOUT THIS CASE UNTIL I ACCEPT YOUR VERDICT.

IF YOU HAVE ANY QUESTIONS OR MESSAGES FOR ME, YOU MUST WRITE THEM DOWN ON A PIECE OF PAPER, HAVE THE FOREPERSON SIGN THEM, AND GIVE THEM TO THE JURY OFFICER.  THE OFFICER WILL GIVE THEM TO ME, AND I WILL

RESPOND AS SOON AS I CAN.  I MAY HAVE TO TALK TO THE LAWYERS ABOUT WHAT YOU HAVE ASKED, SO IT MAY TAKE SOME TIME TO GET BACK TO YOU.

ONE MORE THING ABOUT MESSAGES:  NEVER WRITE DOWN OR TELL ANYONE HOW YOU STAND ON YOUR VOTES.  FOR EXAMPLE, DO NOT WRITE DOWN OR TELL ANYONE THAT A CERTAIN NUMBER IS VOTING ONE WAY OR ANOTHER.   YOUR VOTES SHOULD STAY SECRET UNTIL YOU ARE FINISHED.

YOUR VERDICT MUST REPRESENT THE CONSIDERED JUDGMENT OF EACH JUROR.  IN ORDER FOR YOU AS A JURY TO RETURN A VERDICT, EACH JUROR MUST AGREE TO THE VERDICT.  YOUR VERDICT MUST BE UNANIMOUS.

A VERDICT FORM HAS BEEN PREPARED FOR YOU.  IT HAS A SERIES OF QUESTIONS FOR YOU TO ANSWER.  YOU WILL TAKE THIS FORM TO THE JURY ROOM AND WHEN YOU HAVE REACHED UNANIMOUS AGREEMENT AS TO YOUR VERDICT, YOU WILL FILL IT IN, AND HAVE YOUR

FOREPERSON DATE AND SIGN THE FORM.  YOU WILL THEN RETURN TO THE COURTROOM AND YOUR FOREPERSON WILL GIVE YOUR VERDICT.  UNLESS I DIRECT YOU OTHERWISE, DO NOT REVEAL YOUR ANSWERS UNTIL YOU ARE DISCHARGED.  AFTER YOU HAVE REACHED A VERDICT, YOU ARE NOT REQUIRED TO TALK WITH ANYONE ABOUT THE CASE UNLESS I ORDER YOU TO DO SO.

ONCE AGAIN, I WANT TO REMIND YOU THAT NOTHING ABOUT MY INSTRUCTIONS AND NOTHING ABOUT THE FORM OF VERDICT IS INTENDED TO SUGGEST OR CONVEY IN ANY WAY OR MANNER WHAT I THINK YOUR VERDICT SHOULD BE.  IT IS YOUR SOLE AND EXCLUSIVE DUTY AND RESPONSIBILITY TO DETERMINE THE VERDICT.

**II. EVIDENCE**

**WHAT IS EVIDENCE?**

I HAVE MENTIONED THE WORD "EVIDENCE."  THE "EVIDENCE" IN THIS CASE CONSISTS OF THE TESTIMONY OF

7

WITNESSES, THE DOCUMENTS AND OTHER PHYSICAL ITEMS, IF ANY, RECEIVED AS EXHIBITS, AND ANY FACTS STIPULATED BY THE PARTIES.

**EXHIBITS**

COUNSEL FOR THE GOVERNMENT AND FOR THE DEFENDANT HAVE AGREED TO THE LEGAL ADMISSIBILITY OF VARIOUS EXHIBITS.  THIS MEANS THAT THESE EXHIBITS MEET THE REQUIREMENTS OF THE RULES OF EVIDENCE AND THEREFORE HAVE BEEN ADMITTED FOR YOUR CONSIDERATION.  THIS DOES NOT MEAN THAT THE PARTIES AGREE AS TO THE INFERENCES OR CONCLUSIONS THAT YOU SHOULD OR MAY DRAW FROM ANY EXHIBIT.

**STIPULATIONS OF FACT**

THE PARTIES HAVE AGREED, OR STIPULATED, THAT CERTAIN FACTS ARE TRUE.  YOU SHOULD THEREFORE TREAT THESE STIPULATED FACTS AS HAVING BEEN PROVED.  YOU ARE NOT REQUIRED TO DO SO, HOWEVER, SINCE YOU ARE THE SOLE JUDGE OF THE FACTS.

## SUMMARIES - UNDERLYING EVIDENCE ADMITTED

THE GOVERNMENT PRESENTED CERTAIN SUMMARIES IN ORDER TO HELP EXPLAIN THE FACTS DISCLOSED BY THE DOCUMENTS WHICH WERE ADMITTED AS EVIDENCE IN THE CASE. THE SUMMARIES ARE NOT THEMSELVES EVIDENCE OR PROOF OF ANY FACTS. IF THE SUMMARIES DO NOT CORRECTLY REFLECT THE EVIDENCE IN THE CASE, YOU SHOULD DISREGARD THEM AND DETERMINE THE FACTS FROM THE UNDERLYING EVIDENCE.

### SUMMARIES – UNDERLYING EVIDENCE NOT ADMITTED

CERTAIN SUMMARIES OFFERED BY THE GOVERNMENT WERE ADMITTED AS EVIDENCE. YOU MAY USE THOSE SUMMARIES AS EVIDENCE, EVEN THOUGH THE UNDERLYING DOCUMENTS AND RECORDS HAVE NOT BEEN ADMITTED INTO EVIDENCE.

**WHAT IS NOT EVIDENCE?**

THE FOLLOWING THINGS ARE NOT EVIDENCE:

1. THE INDICTMENT OR SUPERSEDING INDICTMENT;

2. STATEMENTS, ARGUMENTS, QUESTIONS AND COMMENTS BY THE LAWYERS ARE NOT EVIDENCE.

3. LIKEWISE, OBJECTIONS ARE NOT EVIDENCE. LAWYERS HAVE EVERY RIGHT TO OBJECT WHEN THEY BELIEVE SOMETHING IS IMPROPER.  YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION.  IF I SUSTAINED AN OBJECTION TO A QUESTION, YOU MUST IGNORE THE QUESTION AND MUST NOT TRY TO GUESS WHAT THE ANSWER MIGHT HAVE BEEN.

4.   ANY TESTIMONY THAT I ORDERED STRICKEN FROM THE RECORD, OR TOLD YOU TO DISREGARD, IS NOT EVIDENCE AND YOU MUST NOT CONSIDER ANY SUCH MATTER.

5.  ANYTHING YOU SAW OR HEARD ABOUT THIS CASE OUTSIDE THE COURTROOM IS NOT EVIDENCE.  YOU MUST DECIDE THE CASE ONLY ON THE EVIDENCE PRESENTED HERE IN THE COURTROOM.  DO NOT LET RUMORS, SUSPICIONS, OR ANYTHING ELSE THAT YOU MAY SEE OR HEAR OUTSIDE OF COURT INFLUENCE YOUR DECISION IN ANY WAY.

**EVIDENCE, INFERENCES, AND COMMON SENSE**

WHILE YOU MAY CONSIDER ONLY THE EVIDENCE IN THE CASE IN ARRIVING AT YOUR VERDICT, YOU ARE PERMITTED TO DRAW SUCH REASONABLE INFERENCES FROM THE TESTIMONY AND EXHIBITS YOU FEEL ARE JUSTIFIED IN THE LIGHT OF YOUR COMMON EXPERIENCE, REASON AND COMMON SENSE.

**DIRECT AND CIRCUMSTANTIAL EVIDENCE**

IN THIS REGARD, YOU MAY CONSIDER EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.  "DIRECT EVIDENCE" IS THE TESTIMONY OF SOMEONE WHO ASSERTS ACTUAL

11

KNOWLEDGE OF A FACT, SUCH AS AN EYEWITNESS. "CIRCUMSTANTIAL EVIDENCE" IS PROOF OF A CHAIN OF FACTS AND CIRCUMSTANCES FROM WHICH YOU MAY INFER THAT SOMETHING EITHER DID OR DID NOT HAPPEN. THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE. IT REQUIRES ONLY THAT YOU WEIGH ALL OF THE EVIDENCE AND BE CONVINCED THAT THE PARTY HAS MET THE BURDEN OF PROOF BY A PREPONDERANCE OF THE EVIDENCE BEFORE YOU RETURN A VERDICT FOR THAT PARTY.

**BIAS, SYMPATHY AND PREJUDICE**

YOU MAY NOT ALLOW SYMPATHY OR PERSONAL FEELINGS TO INFLUENCE YOUR DETERMINATION. YOUR DUTY IS TO DECIDE THE CASE SOLELY ON THE BASIS OF THE EVIDENCE OR LACK OF EVIDENCE AND THE LAW AS I HAVE INSTRUCTED YOU, WITHOUT BIAS, PREJUDICE, OR SYMPATHY FOR OR AGAINST THE PARTIES OR THEIR

12

COUNSEL.  BOTH THE PARTIES AND THE PUBLIC EXPECT THAT YOU WILL CAREFULLY AND IMPARTIALLY CONSIDER ALL OF THE EVIDENCE IN THE CASE, FOLLOW THE LAW AS STATED BY THE COURT, AND REACH A JUST VERDICT REGARDLESS OF THE CONSEQUENCES.

**EVIDENCE ADMITTED FOR A LIMITED PURPOSE**

IN CERTAIN INSTANCES EVIDENCE MAY BE ADMITTED ONLY FOR A PARTICULAR PURPOSE AND NOT GENERALLY FOR ALL PURPOSES.  WHENEVER EVIDENCE WAS ADMITTED FOR A LIMITED PURPOSE, CONSIDER IT ONLY FOR THAT PURPOSE, AND NO OTHER PURPOSE.

**NOT REQUIRED TO ACCEPT UNCONTRADICTED TESTIMONY**

YOU ARE NOT REQUIRED TO ACCEPT ANY TESTIMONY, EVEN THOUGH THE TESTIMONY IS NOT CONTRADICTED AND THE WITNESS IS NOT IMPEACHED.  YOU MAY DECIDE, BECAUSE OF THE WITNESS' BEARING AND DEMEANOR, BECAUSE OF THE INHERENT IMPROBABILITY OF HIS OR HER

TESTIMONY, OR BECAUSE OF OTHER REASONS SUFFICIENT TO YOU, THAT SUCH TESTIMONY IS NOT WORTHY OF BELIEF.

**JURORS' NOTES**

YOUR NOTES ARE NOT EVIDENCE IN THE CASE AND MUST NOT TAKE PRECEDENCE OVER YOUR INDEPENDENT RECOLLECTION OF THE EVIDENCE.  NOTES ARE ONLY AN AID TO YOUR RECOLLECTION AND ARE NOT ENTITLED TO GREATER WEIGHT THAN YOUR RECOLLECTION OF WHAT THE EVIDENCE ACTUALLY IS.  YOU SHOULD NOT DISCLOSE ANY NOTES TAKEN TO ANYONE OTHER THAN A FELLOW JUROR.

YOU WERE NOT OBLIGATED TO TAKE NOTES.  IF YOU DID NOT TAKE NOTES YOU SHOULD NOT BE INFLUENCED BY THE NOTES OF ANOTHER JUROR, BUT INSTEAD SHOULD RELY UPON YOUR OWN RECOLLECTION OF THE EVIDENCE

14

### III. CREDIBILITY OF WITNESSES / WEIGHT OF TESTIMONY IN GENERAL

YOU MUST CONSIDER ALL OF THE EVIDENCE, BUT THIS DOES NOT MEAN YOU MUST ACCEPT ALL OF THE EVIDENCE AS TRUE OR ACCURATE.  YOU ARE THE SOLE JUDGES OF THE CREDIBILITY OF THE WITNESSES AND THE WEIGHT THEIR TESTIMONY DESERVES.

YOU MAY BE GUIDED BY THE APPEARANCE AND CONDUCT OF THE WITNESS, BY THE MANNER IN WHICH THE WITNESS TESTIFIES, BY THE CHARACTER OF THE TESTIMONY GIVEN AND BY EVIDENCE OR TESTIMONY TO THE CONTRARY.

YOU SHOULD CAREFULLY SCRUTINIZE ALL THE TESTIMONY GIVEN, THE CIRCUMSTANCES UNDER WHICH EACH WITNESS HAS TESTIFIED, AND EVERY MATTER IN EVIDENCE WHICH TENDS TO SHOW WHETHER A WITNESS IS WORTHY OF BELIEF.  CONSIDER EACH WITNESS' INTELLIGENCE, MOTIVE, STATE OF MIND, AND DEMEANOR

OR MANNER WHILE ON THE STAND.  CONSIDER THE WITNESS' ABILITY TO HAVE OBSERVED THE MATTERS AS TO WHICH HE OR SHE HAS TESTIFIED, AND WHETHER HE OR SHE IMPRESSES YOU AS HAVING AN ACCURATE RECOLLECTION OF THESE MATTERS.  CONSIDER ANY BUSINESS, PERSONAL OR OTHER RELATIONSHIP A WITNESS MIGHT HAVE WITH EITHER SIDE OF THE CASE; THE MANNER IN WHICH EACH WITNESS MIGHT BE AFFECTED BY THE VERDICT; AND THE EXTENT TO WHICH, IF AT ALL, EACH WITNESS IS EITHER SUPPORTED OR CONTRADICTED BY OTHER EVIDENCE IN THE CASE.

**INCONSISTENCIES OR DISCREPANCIES**

CONSIDER INCONSISTENCIES OR DISCREPANCIES IN THE TESTIMONY OF A WITNESS OR BETWEEN DIFFERENT WITNESSES, WHICH MAY OR MAY NOT CAUSE YOU TO DISCREDIT SUCH TESTIMONY.  TWO OR MORE PERSONS WITNESSING AN INCIDENT OR A TRANSACTION MAY SEE OR HEAR IT DIFFERENTLY, AND INNOCENT MIS-RECOLLECTION,

16

LIKE FAILURE OF RECOLLECTION, IS NOT AN UNCOMMON EXPERIENCE.  IN WEIGHING THE EFFECT OF A DISCREPANCY, ALWAYS CONSIDER WHETHER IT PERTAINS TO A MATTER OF IMPORTANCE OR AN UNIMPORTANT DETAIL, AND WHETHER THE DISCREPANCY RESULTS FROM INNOCENT ERROR OR INTENTIONAL FALSEHOOD.

AFTER MAKING YOUR OWN JUDGMENT, GIVE THE TESTIMONY OF EACH WITNESS THE WEIGHT YOU THINK IT DESERVES.  YOU MAY, IN SHORT, ACCEPT OR REJECT THE TESTIMONY OF ANY WITNESS IN WHOLE OR IN PART.

**FALSE IN ONE, FALSE IN ALL**

IF YOU FIND THAT A WITNESS HAS LIED TO YOU IN ANY MATERIAL PORTION OF HIS OR HER TESTIMONY, YOU MAY DISREGARD THAT WITNESS' TESTIMONY IN ITS ENTIRETY.  I SAY THAT YOU MAY DISREGARD SUCH TESTIMONY, NOT THAT YOU MUST.  HOWEVER, YOU SHOULD CONSIDER WHETHER THE UNTRUE PART OF THE TESTIMONY WAS THE RESULT OF A MISTAKE OR INADVERTENCE, OR WAS,

RATHER, WILLFUL AND STATED WITH A DESIGN OR INTENT TO DECEIVE.

**NUMBER OF WITNESSES NOT IMPORTANT**

THE WEIGHT OF THE EVIDENCE IS NOT DETERMINED BY THE NUMBER OF WITNESSES TESTIFYING FOR EITHER SIDE. YOU MAY FIND THAT THE TESTIMONY OF A SMALL NUMBER OF WITNESSES AS TO ANY FACT IS MORE CREDIBLE THAN THAT OF A LARGER NUMBER OF WITNESSES TO THE CONTRARY.  IN SHORT, WHAT IS MOST IMPORTANT IS HOW BELIEVABLE THE WITNESSES WERE, AND HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

**CREDIBILITY OF WITNESSES - LAW ENFORCEMENT OFFICER**

YOU HAVE HEARD THE TESTIMONY OF LAW ENFORCEMENT OFFICERS. THE FACT THAT A WITNESS IS EMPLOYED AS A LAW ENFORCEMENT OFFICER DOES NOT MEAN THAT HIS OR HER TESTIMONY NECESSARILY DESERVES MORE OR LESS CONSIDERATION OR GREATER OR

LESSER WEIGHT THAN THAT OF ANY OTHER WITNESS. AT THE SAME TIME, IT IS QUITE LEGITIMATE FOR DEFENSE COUNSEL TO TRY TO ATTACK THE BELIEVABILITY OF A LAW ENFORCEMENT WITNESS ON THE GROUND THAT HIS OR HER TESTIMONY MAY BE COLORED BY A PERSONAL OR PROFESSIONAL INTEREST IN THE OUTCOME OF THE CASE. YOU MUST DECIDE, AFTER REVIEWING ALL THE EVIDENCE, WHETHER YOU BELIEVE THE TESTIMONY OF THE LAW ENFORCEMENT WITNESS AND HOW MUCH WEIGHT, IF ANY, IT DESERVES.

**IMPEACHMENT OF WITNESS - PRIOR INCONSISTENT STATEMENT FOR CREDIBILITY ONLY (IF APPLICABLE)**

YOU HAVE HEARD THE TESTIMONY OF CERTAIN WITNESSES (IF ONLY ONE WITNESS WAS IMPEACHED WITH A PRIOR INCONSISTENT STATEMENT, INCLUDE NAME OF WITNESS). YOU HAVE ALSO HEARD THAT BEFORE THIS TRIAL (THEY)(HE)(SHE) MADE (STATEMENTS)(A

STATEMENT) THAT MAY BE DIFFERENT FROM (THEIR)(HIS)(HER) TESTIMONY IN THIS TRIAL. IT IS UP TO YOU TO DETERMINE WHETHER (THESE STATEMENTS WERE)(THIS STATEMENT WAS) MADE AND WHETHER (THEY WERE)(IT WAS) DIFFERENT FROM THE WITNESS(ES)' TESTIMONY IN THIS TRIAL. (THESE EARLIER STATEMENTS WERE)(THIS EARLIER STATEMENT WAS) BROUGHT TO YOUR ATTENTION ONLY TO HELP YOU DECIDE WHETHER TO BELIEVE THE WITNESS(ES)' TESTIMONY HERE AT TRIAL. YOU CANNOT USE IT AS PROOF OF THE TRUTH OF WHAT THE WITNESS(ES) SAID IN THE EARLIER STATEMENT(S). YOU CAN ONLY USE IT AS ONE WAY OF EVALUATING THE WITNESS(ES)' TESTIMONY IN THIS TRIAL.

## DEFENDANT'S CHOICE NOT TO TESTIFY OR PRESENT EVIDENCE (IF APPLICABLE)

THE DEFENDANT DID NOT TESTIFY (DID NOT PRESENT EVIDENCE) IN THIS CASE.  A DEFENDANT HAS AN ABSOLUTE CONSTITUTIONAL RIGHT NOT TO TESTIFY (OR TO PRESENT ANY EVIDENCE).  THE BURDEN OF PROOF REMAINS WITH THE PROSECUTION THROUGHOUT THE ENTIRE TRIAL AND NEVER SHIFTS TO THE DEFENDANT.  THE DEFENDANT IS NEVER REQUIRED TO PROVE THAT HE IS INNOCENT.  YOU MUST NOT ATTACH ANY SIGNIFICANCE TO THE FACT THAT THE DEFENDANT DID NOT TESTIFY.  YOU MUST NOT DRAW ANY ADVERSE INFERENCE AGAINST HIM BECAUSE HE DID NOT TAKE THE WITNESS STAND.  DO NOT CONSIDER, FOR ANY REASON AT ALL, THE FACT THAT THE DEFENDANT DID NOT TESTIFY.  DO NOT DISCUSS THAT FACT DURING YOUR DELIBERATIONS OR LET IT INFLUENCE YOUR DECISION IN ANY WAY.

OR

**DEFENDANT'S TESTIMONY**

21

IN A CRIMINAL CASE, THE DEFENDANT HAS A CONSTITUTIONAL RIGHT NOT TO TESTIFY.  HOWEVER, IF HE CHOOSES TO TESTIFY, HE IS, OF COURSE, PERMITTED TO TAKE THE WITNESS STAND ON HIS OWN BEHALF.  IN THIS CASE, THE DEFENDANT TESTIFIED.  YOU SHOULD EXAMINE AND EVALUATE HIS TESTIMONY JUST AS YOU WOULD THE TESTIMONY OF ANY WITNESS.

**PRESUMPTION OF INNOCENCE; BURDEN OF PROOF; REASONABLE DOUBT**

THE DEFENDANT HAS PLEADED NOT GUILTY TO THE OFFENSES CHARGED.  THE DEFENDANT IS PRESUMED TO BE INNOCENT.   HE STARTED THE TRIAL WITH A CLEAN SLATE, WITH NO EVIDENCE AGAINST HIM.  THE PRESUMPTION OF INNOCENCE STAYS WITH THE DEFENDANT UNLESS AND UNTIL THE GOVERNMENT HAS PRESENTED EVIDENCE THAT OVERCOMES THAT PRESUMPTION BY CONVINCING YOU THAT THE DEFENDANT IS GUILTY OF THE OFFENSES

22

CHARGED BEYOND A REASONABLE DOUBT.  THE PRESUMPTION OF INNOCENCE REQUIRES THAT YOU FIND THE DEFENDANT NOT GUILTY, UNLESS YOU ARE SATISFIED THAT THE GOVERNMENT HAS PROVED GUILT BEYOND A REASONABLE DOUBT.

THE PRESUMPTION OF INNOCENCE MEANS THAT THE DEFENDANT HAS NO BURDEN OR OBLIGATION TO PRESENT ANY EVIDENCE AT ALL OR TO PROVE THAT HE IS NOT GUILTY.  THE BURDEN OR OBLIGATION OF PROOF IS ON THE GOVERNMENT TO PROVE THAT DEFENDANT IS GUILTY AND THIS BURDEN STAYS WITH THE GOVERNMENT THROUGHOUT THE TRIAL.

IN ORDER FOR YOU TO FIND THE DEFENDANT GUILTY OF THE OFFENSES CHARGED, THE GOVERNMENT MUST CONVINCE YOU THAT THE DEFENDANT IS GUILTY BEYOND A REASONABLE DOUBT.  THAT MEANS THAT THE GOVERNMENT MUST PROVE EACH AND EVERY ELEMENT OF THE OFFENSES CHARGED BEYOND A REASONABLE DOUBT.

23

A DEFENDANT MAY NOT BE CONVICTED BASED ON SUSPICION OR CONJECTURE, BUT ONLY ON EVIDENCE PROVING GUILT BEYOND A REASONABLE DOUBT.

PROOF BEYOND A REASONABLE DOUBT DOES NOT MEAN PROOF BEYOND ALL POSSIBLE DOUBT OR TO A MATHEMATICAL CERTAINTY. POSSIBLE DOUBTS OR DOUBTS BASED ON CONJECTURE, SPECULATION, OR HUNCH ARE NOT REASONABLE DOUBTS. A REASONABLE DOUBT IS A FAIR DOUBT BASED ON REASON, LOGIC, COMMON SENSE, OR EXPERIENCE. IT IS A DOUBT THAT AN ORDINARY REASONABLE PERSON HAS AFTER CAREFULLY WEIGHING ALL OF THE EVIDENCE, AND IS A DOUBT OF THE SORT THAT WOULD CAUSE HIM OR HER TO HESITATE TO ACT IN MATTERS OF IMPORTANCE IN HIS OR HER OWN LIFE. IT MAY ARISE FROM THE EVIDENCE, OR FROM THE LACK OF EVIDENCE, OR FROM THE NATURE OF THE EVIDENCE.

IF, HAVING NOW HEARD ALL THE EVIDENCE, YOU ARE CONVINCED THAT THE GOVERNMENT PROVED EACH AND

EVERY ELEMENT OF THE OFFENSE CHARGED BEYOND A REASONABLE DOUBT, YOU SHOULD RETURN A VERDICT OF GUILTY FOR THAT OFFENSE.  HOWEVER, IF YOU HAVE A REASONABLE DOUBT ABOUT ONE OR MORE OF THE ELEMENTS OF THE OFFENSE CHARGED, THEN YOU MUST RETURN A VERDICT OF NOT GUILTY OF THAT OFFENSE.

**NATURE OF THE INDICTMENT/SUPERSEDING INDICTMENT**

AS YOU KNOW, THE DEFENDANT IS CHARGED IN THE SUPERSEDING INDICTMENT WITH VIOLATING FEDERAL LAW, SPECIFICALLY WITH COMMITTING FIVE FEDERAL CRIMES BETWEEN MARCH 2020 AND MAY 2022 IN CONNECTION WITH HIS RECEIPT OF COVID-19 RELIEF FUNDS FROM THE SMALL BUSINESS ADMINISTRATION ("SBA"), A FEDERAL AGENCY. COUNTS ONE AND TWO CHARGE THE DEFENDANT WITH WIRE FRAUD, SPECIFICALLY, FOR KNOWINGLY DEVISING A SCHEME TO DEFRAUD AND TO UNLAWFULLY OBTAIN ECONOMIC INJURY DISASTER LOAN

25

("EIDL") FUNDS FROM THE SBA BY MATERIALLY FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES ON TWO DIFFERENT OCCASIONS: FIRST, A $200,000 WIRE IN JANUARY 2022, AND SECOND, A $61,500 WIRE IN FEBRUARY 2022. COUNT THREE CHARGES THE DEFENDANT WITH KNOWINGLY AND WILLFULLY EMBEZZLING, STEALING, PURLOINING, AND CONVERTING TO HIS OWN USE, MONEY OF THE UNITED STATES, THAT IS, EIDL FUNDS. COUNTS FOUR AND FIVE CHARGE THE DEFENDANT WITH KNOWINGLY ENGAGING IN TWO SPECIFIC MONETARY TRANSACTIONS INVOLVING PROCEEDS OF WIRE FRAUD—IN COUNT FOUR, HIS PAYMENT IN FEBRUARY 2022 BY CHECK FOR A PERSONAL VEHICLE, AND IN COUNT FIVE, HIS PAYMENT BY WIRE IN MARCH 2022 FOR HIS PERSONAL RESIDENCE.

AS I EXPLAINED AT THE BEGINNING OF TRIAL, AN INDICTMENT OR, IN THIS CASE, A SUPERSEDING INDICTMENT IS JUST THE FORMAL WAY OF SPECIFYING THE

EXACT CRIMES THE DEFENDANT IS ACCUSED OF COMMITTING.  AN INDICTMENT OR A SUPERSEDING INDICTMENT IS SIMPLY A DESCRIPTION OF THE CHARGES AGAINST A DEFENDANT.  IT IS AN ACCUSATION ONLY.  AN INDICTMENT OR SUPERSEDING INDICTMENT IS NOT EVIDENCE OF ANYTHING, AND YOU SHOULD NOT GIVE ANY WEIGHT TO THE FACT THAT THE DEFENDANT HAS BEEN INDICTED IN MAKING YOUR DECISION IN THIS CASE.

**ON OR ABOUT**

YOU WILL NOTE THAT THE SUPERSEDING INDICTMENT CHARGES THAT THE OFFENSE WAS COMMITTED "ON OR ABOUT" A CERTAIN DATE.  THE GOVERNMENT DOES NOT HAVE TO PROVE WITH CERTAINTY THE EXACT DATE OF THE ALLEGED OFFENSE.  IT IS SUFFICIENT IF THE GOVERNMENT PROVES BEYOND A REASONABLE DOUBT THAT THE OFFENSE WAS COMMITTED ON A DATE REASONABLY NEAR THE DATE ALLEGED.

**VENUE**

THE SUPERSEDING INDICTMENT ALLEGES THAT SOME ACT IN FURTHERANCE OF THE OFFENSE CHARGED OCCURRED HERE IN THE WESTERN DISTRICT OF PENNSYLVANIA.  THERE IS NO REQUIREMENT THAT ALL ASPECTS OF THE OFFENSE CHARGED TOOK PLACE HERE IN THE WESTERN DISTRICT OF PENNSYLVANIA.  BUT FOR YOU TO RETURN A GUILTY VERDICT, THE GOVERNMENT MUST CONVINCE YOU THAT SOME ACT IN FURTHERANCE OF THE CRIME CHARGED EITHER THE AGREEMENT, OR ONE OF THE OVERT ACTS, TOOK PLACE HERE IN THE WESTERN DISTRICT OF PENNSYLVANIA.  UNLIKE ALL THE ELEMENTS THAT I HAVE DESCRIBED, THIS FACT ONLY HAS TO BE PROVED BY A PREPONDERANCE OF THE EVIDENCE.  THIS MEANS THE GOVERNMENT ONLY HAS TO CONVINCE YOU THAT IT IS MORE LIKELY THAN NOT THAT, SOME ACT IN FURTHERANCE OF THE CRIME CHARGED OR PART OF THE CONSPIRACY TOOK PLACE HERE.  REMEMBER THAT THE

28

GOVERNMENT MUST PROVE ALL THE ELEMENTS I HAVE DESCRIBED BEYOND A REASONABLE DOUBT.

## IV. ELEMENTS OF THE OFFENSES CHARGED

THE DEFENDANT, JASON YOUNGDAHL, IS CHARGED IN THE SUPERSEDING INDICTMENT WITH COMMITTING FIVE FEDERAL OFFENSES BETWEEN MARCH 2020 AND MAY 2022 IN CONNECTION WITH HIS RECEIPT OF COVID-19 RELIEF FUNDS FROM THE SMALL BUSINESS ADMINISTRATION ("SBA"), A FEDERAL AGENCY. COUNTS ONE AND TWO CHARGE THE DEFENDANT WITH WIRE FRAUD, SPECIFICALLY, FOR KNOWINGLY DEVISING A SCHEME TO DEFRAUD AND TO UNLAWFULLY OBTAIN ECONOMIC INJURY DISASTER LOAN ("EIDL") FUNDS FROM THE SBA BY MATERIALLY FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES ON TWO DIFFERENT OCCASIONS: FIRST, A $200,000 WIRE IN JANUARY 2022, AND SECOND, A $61,500 WIRE IN FEBRUARY 2022. COUNT THREE CHARGES THE DEFENDANT WITH KNOWINGLY AND

WILLFULLY EMBEZZLING, STEALING, PURLOINING, AND CONVERTING TO HIS OWN USE, MONEY OF THE UNITED STATES, THAT IS, EIDL FUNDS. COUNTS FOUR AND FIVE CHARGE THE DEFENDANT WITH KNOWINGLY ENGAGING IN TWO SPECIFIC MONETARY TRANSACTIONS INVOLVING PROCEEDS OF WIRE FRAUD—IN COUNT FOUR, HIS PAYMENT IN FEBRUARY 2022 BY CHECK FOR A PERSONAL VEHICLE, AND IN COUNT FIVE, HIS PAYMENT BY WIRE IN MARCH 2022 FOR HIS PERSONAL RESIDENCE.

## **COUNTS ONE AND TWO: WIRE FRAUD**

COUNTS ONE AND TWO OF THE SUPERSEDING INDICTMENT CHARGE THE DEFENDANT WITH WIRE FRAUD, IN VIOLATION OF 18 U.S.C. § 1343.

IN ORDER TO FIND THE DEFENDANT GUILTY OF THIS OFFENSE, YOU MUST FIND THAT THE GOVERNMENT PROVED EACH OF THE FOLLOWING THREE ELEMENTS BEYOND A REASONABLE DOUBT:

FIRST, THAT THE DEFENDANT KNOWINGLY DEVISED A SCHEME TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MATERIALLY FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES;

SECOND, THAT THE DEFENDANT ACTED WITH THE INTENT TO DEFRAUD; AND

THIRD, THAT IN ADVANCING, FURTHERING, OR CARRYING OUT THE SCHEME, THE DEFENDANT TRANSMITTED ANY WRITING, SIGNAL, OR SOUND BY MEANS OF A WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE OR CAUSED THE TRANSMISSION OF ANY WRITING, SIGNAL, OR SOUND OF SOME KIND BY MEANS OF A WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE.

**"SCHEME TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY" – DEFINED**

THE FIRST ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT THE

DEFENDANT KNOWINGLY DEVISED A SCHEME TO DEFRAUD THE UNITED STATES OF MONEY OR PROPERTY BY MATERIALLY FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS OR PROMISES.

A "SCHEME" IS MERELY A PLAN FOR ACCOMPLISHING AN OBJECT.

"'FRAUD" IS A GENERAL TERM WHICH EMBRACES ALL THE VARIOUS MEANS BY WHICH ONE PERSON CAN GAIN AN ADVANTAGE OVER ANOTHER BY FALSE REPRESENTATIONS, SUPPRESSION OF THE TRUTH, OR DELIBERATE DISREGARD FOR THE TRUTH.

THUS, A "SCHEME TO DEFRAUD" IS ANY PLAN, DEVICE, OR COURSE OF ACTION TO DEPRIVE ANOTHER OF MONEY OR PROPERTY BY MEANS OF FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS OR PROMISES REASONABLY CALCULATED TO DECEIVE PERSONS OF AVERAGE PRUDENCE.

IN THIS CASE, THE SUPERSEDING INDICTMENT ALLEGES THAT THE SCHEME TO DEFRAUD WAS CARRIED OUT BY MAKING FALSE OR FRAUDULENT STATEMENTS. THE REPRESENTATIONS WHICH THE GOVERNMENT CHARGES WERE MADE AS PART OF THE SCHEME TO DEFRAUD ARE SET FORTH IN THE INDICTMENT. THE GOVERNMENT IS NOT REQUIRED TO PROVE EVERY MISREPRESENTATION CHARGED IN THE INDICTMENT. IT IS SUFFICIENT IF THE GOVERNMENT PROVES BEYOND A REASONABLE DOUBT THAT ONE OR MORE OF THE ALLEGED MATERIAL MISREPRESENTATIONS WERE MADE IN FURTHERANCE OF THE ALLEGED SCHEME TO DEFRAUD. HOWEVER, YOU CANNOT CONVICT THE DEFENDANT UNLESS ALL OF YOU AGREE AS TO AT LEAST ONE OF THE MATERIAL MISREPRESENTATIONS.

A STATEMENT, REPRESENTATION, CLAIM OR DOCUMENT IS FALSE IF IT IS UNTRUE WHEN MADE AND IF THE PERSON MAKING THE STATEMENT, REPRESENTATION,

CLAIM OR DOCUMENT OR CAUSING IT TO BE MADE KNEW IT WAS UNTRUE AT THE TIME IT WAS MADE.

A REPRESENTATION OR STATEMENT IS FRAUDULENT IF IT WAS FALSELY MADE WITH THE INTENTION TO DECEIVE. IN ADDITION, DECEITFUL STATEMENTS OF HALF-TRUTHS OR THE CONCEALMENT OF MATERIAL FACTS OR THE EXPRESSION OF AN OPINION NOT HONESTLY ENTERTAINED MAY CONSTITUTE FALSE OR FRAUDULENT STATEMENTS. THE ARRANGEMENT OF THE WORDS, OR THE CIRCUMSTANCES IN WHICH THEY ARE USED MAY CONVEY THE FALSE AND DECEPTIVE APPEARANCE.

THE DECEPTION NEED NOT BE PREMISED UPON SPOKEN OR WRITTEN WORDS ALONE. IF THERE IS DECEPTION, THE MANNER IN WHICH IT IS ACCOMPLISHED IS IMMATERIAL.

THE FALSE OR FRAUDULENT REPRESENTATION MUST RELATE TO A MATERIAL FACT OR MATTER. A MATERIAL FACT IS ONE WHICH WOULD REASONABLY BE EXPECTED TO

34

BE OF CONCERN TO A REASONABLE AND PRUDENT PERSON IN RELYING UPON THE REPRESENTATION OR STATEMENT IN MAKING A DECISION WITH RESPECT TO A LOAN APPLICATION.

THIS MEANS THAT IF YOU FIND THAT A PARTICULAR STATEMENT OF FACT WAS FALSE, YOU MUST DETERMINE WHETHER THAT STATEMENT WAS ONE THAT A REASONABLE PERSON MIGHT HAVE CONSIDERED IMPORTANT IN MAKING HIS OR HER DECISION. THE SAME PRINCIPLE APPLIES TO FRAUDULENT HALF-TRUTHS OR OMISSIONS OF MATERIAL FACTS.

IN ORDER TO ESTABLISH A SCHEME TO DEFRAUD, THE GOVERNMENT MUST ALSO PROVE THAT THE ALLEGED SCHEME CONTEMPLATED DEPRIVING ANOTHER OF MONEY OR PROPERTY.

HOWEVER, THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE DEFENDANT HIMSELF ORIGINATED THE SCHEME TO DEFRAUD. FURTHERMORE, IT IS NOT

35

NECESSARY THAT THE GOVERNMENT PROVE THAT THE DEFENDANT ACTUALLY REALIZED ANY GAIN FROM THE SCHEME OR THAT THE INTENDED VICTIM ACTUALLY SUFFERED ANY LOSS. IN THIS CASE, IT SO HAPPENS THAT THE GOVERNMENT DOES CONTEND THAT THE PROOF ESTABLISHES THAT PERSONS WERE DEFRAUDED AND THAT THE DEFENDANT PROFITED. ALTHOUGH WHETHER OR NOT THE SCHEME ACTUALLY SUCCEEDED IS REALLY NOT THE QUESTION, YOU MAY CONSIDER WHETHER IT SUCCEEDED IN DETERMINING WHETHER THE SCHEME EXISTED.

IF YOU FIND THAT THE GOVERNMENT HAS PROVED BEYOND A REASONABLE DOUBT THAT THE OVERALL SCHEME TO DEFRAUD CHARGED IN THE INDICTMENT DID EXIST AND THAT THE DEFENDANT KNOWINGLY DEVISED OR PARTICIPATED IN THE OVERALL SCHEME CHARGED IN THE INDICTMENT, YOU SHOULD THEN CONSIDER THE SECOND ELEMENT.

36

**"INTENT TO DEFRAUD" – DEFINED**

THE SECOND ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT THE DEFENDANT ACTED WITH THE SPECIFIC INTENT TO DEFRAUD.

TO ACT WITH AN "INTENT TO DEFRAUD" MEANS TO ACT KNOWINGLY AND WITH THE INTENTION OR THE PURPOSE TO DECEIVE OR TO CHEAT.

IN CONSIDERING WHETHER THE DEFENDANT ACTED WITH AN INTENT TO DEFRAUD, YOU MAY CONSIDER, AMONG OTHER THINGS, WHETHER HE ACTED WITH A DESIRE OR PURPOSE TO BRING ABOUT SOME GAIN OR BENEFIT TO HIMSELF OR SOMEONE ELSE OR WITH A DESIRE OR PURPOSE TO CAUSE SOME LOSS TO SOMEONE.

**"TRANSMITS BY MEANS OF WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE" – DEFINED**

THE THIRD ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT IN ADVANCING, FURTHERING, OR CARRYING OUT THE SCHEME, THE DEFENDANT TRANSMITTED A WRITING, SIGNAL, OR SOUND BY MEANS OF A WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE OR CAUSED THE TRANSMISSION OF A WRITING, SIGNAL, OR SOUND OF SOME KIND BY MEANS OF A WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE.

THE PHRASE "TRANSMITS BY MEANS OF WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE" MEANS TO SEND FROM ONE STATE TO ANOTHER BY MEANS OF TELEPHONE OR TELEGRAPH LINES OR BY MEANS OF RADIO OR TELEVISION. THE PHRASE INCLUDES A TELEPHONE CONVERSATION BY A PERSON IN ONE STATE WITH A PERSON IN ANOTHER STATE, OR

ELECTRONIC SIGNALS SENT FROM ONE STATE TO ANOTHER, SUCH AS BY FAX OR FINANCIAL WIRE. THE USE OF THE INTERNET TO SEND A MESSAGE, SUCH AS AN E-MAIL, OR TO COMMUNICATE WITH A WEB SITE MAY CONSTITUTE A WIRE TRANSMISSION IN INTERSTATE COMMERCE.

THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE DEFENDANT ACTUALLY USED A WIRE COMMUNICATION IN INTERSTATE COMMERCE OR THAT THE DEFENDANT EVEN INTENDED THAT ANYTHING BE TRANSMITTED IN INTERSTATE COMMERCE BY MEANS OF A WIRE, RADIO, OR TELEVISION COMMUNICATION TO FURTHER, OR TO ADVANCE, OR TO CARRY OUT THE SCHEME OR PLAN TO DEFRAUD.

HOWEVER, THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT THAT A TRANSMISSION BY A WIRE, RADIO, OR TELEVISION COMMUNICATION FACILITY IN INTERSTATE COMMERCE WAS, IN FACT, USED IN SOME MANNER TO FURTHER, OR TO ADVANCE, OR TO CARRY OUT

THE SCHEME TO DEFRAUD. THE GOVERNMENT MUST ALSO PROVE EITHER THAT THE DEFENDANT USED WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE, OR THAT HE KNEW THE USE OF THE WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE WOULD FOLLOW IN THE ORDINARY COURSE OF BUSINESS OR EVENTS, OR THAT HE SHOULD REASONABLY HAVE ANTICIPATED THAT WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE WOULD BE USED. IT IS NOT NECESSARY THAT THE INFORMATION TRANSMITTED BY MEANS OF WIRE, RADIO, OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE ITSELF WAS FALSE OR FRAUDULENT OR CONTAINED ANY FALSE OR FRAUDULENT PRETENSE, REPRESENTATION, OR PROMISE, OR CONTAINED ANY REQUEST FOR MONEY OR THING OF VALUE.

HOWEVER, THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT THAT THE USE OF THE WIRE, RADIO,

OR TELEVISION COMMUNICATION IN INTERSTATE COMMERCE FURTHERED, OR ADVANCED, OR CARRIED OUT, IN SOME WAY, THE SCHEME.

### WIRE FRAUD – EACH TRANSMISSION BY WIRE COMMUNICATION A SEPARATE OFFENSE

EACH TRANSMISSION BY WIRE COMMUNICATION IN INTERSTATE COMMERCE TO ADVANCE, OR TO FURTHER, OR TO CARRY OUT THE SCHEME OR PLAN MAY BE A SEPARATE VIOLATION OF THE WIRE FRAUD STATUTE.

### PROOF OF REQUIRED STATE OF MIND

OFTEN THE STATE OF MIND WITH WHICH A PERSON ACTS AT ANY GIVEN TIME CANNOT BE PROVED DIRECTLY, BECAUSE ONE CANNOT READ ANOTHER PERSON'S MIND AND TELL WHAT HE OR SHE IS THINKING. HOWEVER, THE DEFENDANT'S STATE OF MIND CAN BE PROVED INDIRECTLY FROM THE SURROUNDING CIRCUMSTANCES. THUS, TO DETERMINE THE DEFENDANT'S STATE OF MIND AT A

PARTICULAR TIME, YOU MAY CONSIDER EVIDENCE ABOUT WHAT THE DEFENDANT SAID, WHAT HE DID AND FAILED TO DO, HOW HE ACTED, AND ALL THE OTHER FACTS AND CIRCUMSTANCES SHOWN BY THE EVIDENCE THAT MAY PROVE WHAT WAS IN THE DEFENDANT'S MIND AT THAT TIME. IT IS ENTIRELY UP TO YOU TO DECIDE WHAT THE EVIDENCE PRESENTED DURING THIS TRIAL PROVES, OR FAILS TO PROVE, ABOUT THE DEFENDANT'S STATE OF MIND.

YOU MAY ALSO CONSIDER THE NATURAL AND PROBABLE RESULTS OR CONSEQUENCES OF ANY ACTS THE DEFENDANT KNOWINGLY DID, AND WHETHER IT IS REASONABLE TO CONCLUDE THAT HE INTENDED THOSE RESULTS OR CONSEQUENCES.

YOU MAY FIND, BUT YOU ARE NOT REQUIRED TO FIND, THAT THE DEFENDANT KNEW AND INTENDED THE NATURAL AND PROBABLE CONSEQUENCES OR RESULTS OF ACTS HE KNOWINGLY DID. THIS MEANS THAT IF YOU FIND

42

THAT AN ORDINARY PERSON IN THE DEFENDANT'S SITUATION WOULD HAVE NATURALLY REALIZED THAT CERTAIN CONSEQUENCES WOULD RESULT FROM HIS ACTIONS, THEN YOU MAY FIND, BUT YOU ARE NOT REQUIRED TO FIND, THAT THE DEFENDANT DID KNOW AND DID INTEND THAT THOSE CONSEQUENCES WOULD RESULT FROM HIS ACTIONS. THIS IS ENTIRELY UP TO YOU TO DECIDE AS THE FINDERS OF THE FACTS IN THIS CASE.

### "KNOWINGLY" -- DEFINED

EACH OF THE OFFENSES CHARGED IN THE SUPERSEDING INDICTMENT REQUIRES THAT THE GOVERNMENT PROVE THAT THE DEFENDANT ACTED "KNOWINGLY" WITH RESPECT TO AN ELEMENT OF THE OFFENSE. A PERSON ACTS "KNOWINGLY" IF THAT PERSON ACTS VOLUNTARILY AND INTENTIONALLY AND NOT BECAUSE OF MISTAKE OR ACCIDENT OR OTHER INNOCENT REASON. THIS MEANS THAT THE GOVERNMENT MUST

PROVE BEYOND A REASONABLE DOUBT THAT THE DEFENDANT WAS CONSCIOUS AND AWARE OF THE NATURE OF HIS ACTIONS AND OF THE SURROUNDING FACTS AND CIRCUMSTANCES, AS SPECIFIED IN THE DEFINITION OF THE OFFENSES CHARGED.

IN DECIDING WHETHER THE DEFENDANT ACTED "KNOWINGLY", YOU MAY CONSIDER EVIDENCE ABOUT WHAT HE SAID, WHAT HE DID AND FAILED TO DO, HOW HE ACTED, AND ALL THE OTHER FACTS AND CIRCUMSTANCES SHOWN BY THE EVIDENCE THAT MAY PROVE WHAT WAS IN THE DEFENDANT'S MIND AT THAT TIME. THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE DEFENDANT KNEW HIS ACTS WERE AGAINST THE LAW.

## **COUNT THREE: THEFT OF GOVERNMENT MONEY**

COUNT THREE OF THE SUPERSEDING INDICTMENT CHARGES THE DEFENDANT WITH THEFT OF GOVERNMENT MONEY, WHICH IS A VIOLATION OF FEDERAL LAW.

IN ORDER TO FIND THE DEFENDANT GUILTY OF THIS OFFENSE, YOU MUST FIND THAT THE GOVERNMENT PROVED EACH OF THE FOLLOWING FOUR ELEMENTS BEYOND A REASONABLE DOUBT:

FIRST, THAT THE MONEY DESCRIBED IN THE SUPERSEDING INDICTMENT BELONGED TO THE UNITED STATES GOVERNMENT;

SECOND: THAT THE DEFENDANT EMBEZZLED, STOLE, PURLOINED, OR KNOWINGLY CONVERTED SUCH MONEY TO HIS OWN USE;

THIRD, THAT THE DEFENDANT DID SO KNOWING THE MONEY WAS NOT HIS AND WITH INTENT TO DEPRIVE THE OWNER OF THE USE OF THE MONEY; AND

FOURTH, THAT SUCH PROPERTY THEN HAD A VALUE IN EXCESS OF $1,000.

THE WORD "VALUE" MEANS THE FACE, PAR, MARKET VALUE, OR COST PRICE, EITHER WHOLESALE OR RETAIL, WHICHEVER IS GREATER, OF ALL SUCH THINGS OF VALUE

THAT YOU FIND THE DEFENDANT HAS EMBEZZLED, STOLEN, PURLOINED, OR KNOWINGLY CONVERTED.

IT IS NOT NECESSARY TO PROVE THAT THE DEFENDANT KNEW THAT THE UNITED STATES GOVERNMENT OWNED THE PROPERTY AT THE TIME OF THE WRONGFUL TAKING.

TO "EMBEZZLE" MEANS TO WRONGFULLY, INTENTIONALLY TAKE MONEY, PROPERTY, OR THING OF VALUE OF ANOTHER AFTER THE MONEY, PROPERTY, OR THING OF VALUE THAT HAS LAWFULLY COME WITHIN THE POSSESSION OR CONTROL OF THE PERSON TAKING IT.

TO "STEAL" OR "KNOWINGLY CONVERT" MEANS TO WRONGFULLY TAKE MONEY, PROPERTY, OR THING OF VALUE BELONGING TO ANOTHER WITH INTENT TO DEPRIVE THE OWNER OF ITS USE OR BENEFIT EITHER TEMPORARILY OR PERMANENTLY. ANY APPRECIABLE CHANGE OF THE LOCATION OF THE PROPERTY WITH THE INTENT TO DEPRIVE CONSTITUTES A STEALING WHETHER OR NOT THERE IS AN ACTUAL REMOVAL OF IT FROM THE OWNER'S PREMISES. NO

PARTICULAR TYPE OF MOVEMENT OR CARRYING AWAY IS REQUIRED TO CONSTITUTE A TAKING.

## **COUNTS FOUR AND FIVE: MONEY LAUNDERING**

COUNTS FOUR AND FIVE OF THE SUPERSEDING INDICTMENT CHARGE THE DEFENDANT WITH MONEY LAUNDERING, IN VIOLATION OF 18 U.S.C. § 1957(A). IN ORDER TO FIND THE DEFENDANT GUILTY OF THAT OFFENSE, YOU MUST FIND THAT THE GOVERNMENT PROVED EACH OF THE FOLLOWING FIVE ELEMENTS BEYOND A REASONABLE DOUBT:

FIRST, THAT THE DEFENDANT KNOWINGLY ENGAGED IN A MONETARY TRANSACTION;

SECOND, THAT THE VALUE OF THE FUNDS OR MONETARY INSTRUMENT INVOLVED IN THE TRANSACTION EXCEEDED $10,000;

THIRD, THAT THE PROPERTY INVOLVED IN THE TRANSACTION (*I.E.,* THE FUNDS OR MONETARY

INSTRUMENT) WAS, IN FACT, THE PROCEEDS OF SPECIFIED UNLAWFUL ACTIVITY;

FOURTH, THAT THE DEFENDANT KNEW THAT THE FUNDS OR MONETARY INSTRUMENT INVOLVED IN THE TRANSACTION WERE THE PROCEEDS OF SOME CRIMINAL ACTIVITY; AND

FIFTH, THAT THE OFFENSE TOOK PLACE IN THE UNITED STATES OR THE DEFENDANT IS A UNITED STATES PERSON.

**MONETARY TRANSACTION – DEFINED**

THE FIRST ELEMENT THAT THE GOVERNMENT MUST PROVE IS THAT THE DEFENDANT ENGAGED IN OR A MONETARY TRANSACTION. A MONETARY TRANSACTION MEANS THE DEPOSIT, WITHDRAWAL, TRANSFER, OR EXCHANGE, IN OR AFFECTING INTERSTATE OR FOREIGN COMMERCE, OF FUNDS OR A MONETARY INSTRUMENT (SUCH AS UNITED STATES CURRENCY OR A CHECK), BY, THROUGH, OR TO A FINANCIAL INSTITUTION SUCH AS A BANK. THIS INCLUDES ANY DEPOSIT, WITHDRAWAL,

48

TRANSFER, OR EXCHANGE INVOLVING THE USE OF A FINANCIAL INSTITUTION WHICH IS ENGAGED IN, OR THE ACTIVITIES OF WHICH AFFECT, INTERSTATE OR FOREIGN COMMERCE IN ANY WAY OR DEGREE.

## PROCEEDS OF SPECIFIED UNLAWFUL ACTIVITY – DEFINED

THE TERM "PROCEEDS," AS USED IN THESE INSTRUCTIONS, MEANS ANY PROPERTY, OR ANY INTEREST IN PROPERTY, THAT SOMEONE ACQUIRES OR RETAINS AS A RESULT OF CRIMINAL ACTIVITY. PROCEEDS MAY BE DERIVED FROM AN ALREADY COMPLETED OFFENSE OR FROM A COMPLETED PHASE OF AN ONGOING OFFENSE.

THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT ALL OF THE FUNDS INVOLVED IN THE CHARGED TRANSACTIONS WERE THE PROCEEDS OF THE SPECIFIED UNLAWFUL ACTIVITY. A FINANCIAL TRANSACTION INVOLVES "PROCEEDS" OF A SPECIFIED UNLAWFUL ACTIVITY EVEN WHEN PROCEEDS OF A SPECIFIED

UNLAWFUL ACTIVITY ARE COMMINGLED IN AN ACCOUNT WITH FUNDS OBTAINED FROM LEGITIMATE SOURCES. IT IS SUFFICIENT IF THE GOVERNMENT PROVES BEYOND A REASONABLE DOUBT THAT AT LEAST PART OF THE FUNDS INVOLVED IN A TRANSACTION REPRESENTS SUCH PROCEEDS OF SPECIFIED UNLAWFUL ACTIVITY.

I INSTRUCT YOU, AS A MATTER OF LAW, THAT THE TERM "SPECIFIED UNLAWFUL ACTIVITY" INCLUDES A VIOLATION OF THE WIRE FRAUD STATUTES, AS CHARGED IN THIS CASE. I HAVE EXPLAINED THE ELEMENTS OF WIRE FRAUD.

**PROCEEDS OF CRIMINAL ACTIVITY – DEFINED**

THE FOURTH ELEMENT THAT THE GOVERNMENT MUST PROVE IS THAT THE DEFENDANT KNEW THAT THE FUNDS OR MONETARY INSTRUMENT INVOLVED IN THE TRANSACTION WERE THE PROCEEDS OF SOME CRIMINAL ACTIVITY. THE GOVERNMENT DOES NOT NEED TO PROVE

THAT THE DEFENDANT KNEW THE PRECISE NATURE OF THE CRIME, MUCH LESS THE NAME OF THE SPECIFIC LAW THAT WAS BEING VIOLATED. BUT THE GOVERNMENT MUST PROVE THAT THE DEFENDANT KNEW THAT THE FUNDS OR MONETARY INSTRUMENT INVOLVED IN THE MONETARY TRANSACTION WAS OBTAINED OR DERIVED FROM SOME CRIMINAL ACTIVITY.

**SEPARATE CONSIDERATION – SINGLE DEFENDANT CHARGED WITH MULTIPLE OFFENSES**

THE DEFENDANT IS CHARGED WITH SEVERAL OFFENSES; EACH OFFENSE IS CHARGED IN A SEPARATE COUNT OF THE SUPERSEDING INDICTMENT.

THE NUMBER OF OFFENSES CHARGED IS NOT EVIDENCE OF GUILT, AND THIS SHOULD NOT INFLUENCE YOUR DECISION IN ANY WAY. YOU MUST SEPARATELY CONSIDER THE EVIDENCE THAT RELATES TO EACH OFFENSE, AND YOU MUST RETURN A SEPARATE VERDICT FOR EACH OFFENSE. FOR EACH OFFENSE CHARGED, YOU MUST DECIDE

==WHETHER THE GOVERNMENT HAS PROVED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY OF THAT PARTICULAR OFFENSE.==

==YOUR DECISION ON ONE OFFENSE, WHETHER GUILTY OR NOT GUILTY, SHOULD NOT INFLUENCE YOUR DECISION ON ANY OF THE OTHER OFFENSES CHARGED.  EACH OFFENSE SHOULD BE CONSIDERED SEPARATELY.==

## VI. PROCESS OF JURY DELIBERATION

YOUR VERDICT MUST REPRESENT THE CONSIDERED JUDGMENT OF EACH JUROR.  IN ORDER TO RETURN A VERDICT, IT IS NECESSARY THAT EACH JUROR AGREE.  IN OTHER WORDS, YOUR VERDICT MUST BE UNANIMOUS.

IT IS YOUR DUTY AS JURORS TO CONSULT WITH ONE ANOTHER AND TO DELIBERATE WITH A VIEW TO REACHING AN AGREEMENT, IF YOU CAN DO SO, WITHOUT VIOLATION TO INDIVIDUAL JUDGMENT.  EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT ONLY AFTER AN IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE IN THE CASE WITH

YOUR FELLOW JURORS.

IN THE COURSE OF YOUR DELIBERATIONS, DO NOT HESITATE TO RE-EXAMINE YOUR OWN VIEWS, AND CHANGE YOUR OPINION, IF CONVINCED IT IS ERRONEOUS.  BUT DO NOT SURRENDER YOUR HONEST CONVICTION AS TO THE WEIGHT OR EFFECT OF THE EVIDENCE, SOLELY BECAUSE OF THE OPINION OF YOUR FELLOW JURORS, OR FOR THE MERE PURPOSE OF RETURNING A VERDICT.

REMEMBER, AT ALL TIMES YOU ARE NOT PARTISANS. YOU ARE JUDGES -- JUDGES OF THE FACTS.  YOUR SOLE INTEREST IS TO SEEK THE TRUTH FROM THE EVIDENCE IN THE CASE.

UPON RETIRING TO THE JURY ROOM, YOU SHOULD FIRST SELECT ONE OF YOUR NUMBER TO ACT AS YOUR FOREPERSON WHO WILL PRESIDE OVER YOUR DELIBERATIONS AND WILL BE YOUR SPOKESPERSON HERE IN COURT.  YOU CAN MAKE THIS SELECTION AND CONDUCT YOUR DELIBERATIONS IN WHATEVER MANNER YOU THINK

BEST, BUT I OFFER SOME SUGGESTIONS THAT OTHER JURIES HAVE FOUND HELPFUL TO ALLOW FULL PARTICIPATION BY ALL JURORS AND TO ARRIVE AT A VERDICT THAT SATISFIES EVERYONE.

THE FOREPERSON SHOULD ENCOURAGE OPEN COMMUNICATION, COOPERATION AND PARTICIPATION BY ALL JURORS, AND BE WILLING AND ABLE TO FACILITATE DISCUSSIONS WHEN DISAGREEMENTS AND DISPUTES ARISE.

THE FOREPERSON SHOULD LET EACH OF YOU SPEAK AND BE HEARD BEFORE EXPRESSING HER OR HIS VIEWS.

THE FOREPERSON SHOULD NEVER ATTEMPT TO PROMOTE OR PERMIT ANYONE ELSE TO PROMOTE HIS OR HER PERSONAL OPINIONS BY COERCION OR BULLYING.

THE FOREPERSON SHOULD MAKE SURE THAT DELIBERATIONS ARE NOT RUSHED.  SOME PEOPLE ARE BETTER AT FACILITATING THAN OTHERS, AND IF IT BECOMES CLEAR THAT SOMEONE ELSE WOULD BE A MORE EFFECTIVE FOREPERSON, YOU MIGHT WANT TO CONSIDER

54

SELECTING A DIFFERENT PERSON, WITH NO HARD FEELINGS.

YOU ALSO MAY THINK IT WISE TO SELECT A SECRETARY TO RECORD VOTES, WHICH SHOULD PROBABLY BE CAST BY SECRET BALLOT, AND TO KEEP TRACK OF WHETHER EVERYONE HAS SPOKEN.

SOME JURIES THINK IT WILL BE USEFUL TO TAKE A PRELIMINARY VOTE BEFORE DISCUSSIONS ARE STARTED, HOWEVER, SUCH AN EARLY VOTE OFTEN PROVES COUNTER-PRODUCTIVE FOR SEVERAL REASONS, INCLUDING THAT IT TENDS TO "LOCK-IN" A PARTICULAR POINT OF VIEW BEFORE ALTERNATIVE POINTS OF VIEW ARE COVERED.

YOU SHOULD LISTEN CAREFULLY AND ATTENTIVELY TO EACH OTHER, AND HEAR WHAT EACH OTHER PERSON IS SAYING BEFORE RESPONDING.  DON'T INTERRUPT AND DON'T MONOPOLIZE THE DISCUSSION.  SPEAK ONE AT A TIME.  BE PATIENT AND RESPECTFUL OF OTHER OPINIONS, AND DON'T TAKE IT PERSONALLY IF SOMEONE DISAGREES WITH YOU.

A VERDICT FORM HAS BEEN PREPARED FOR YOU, AND YOU HAVE REVIEWED A COPY.  YOU WILL TAKE THE ORIGINAL VERDICT FORM TO THE JURY ROOM AND WHEN YOU HAVE REACHED A UNANIMOUS AGREEMENT AS TO YOUR VERDICT, YOU WILL EACH SIGN IT, HAVE YOUR FOREPERSON DATE IT, AND THEN SIGNAL THE BAILIFF THAT YOU ARE PREPARED TO RETURN TO THE COURTROOM.

YOU WILL ALSO BE PROVIDED WITH COPIES OF THESE INSTRUCTIONS FOR YOUR USE DURING DELIBERATIONS.  IF, DURING YOUR DELIBERATIONS, YOU SHOULD DESIRE TO COMMUNICATE WITH THE COURT, PLEASE REDUCE YOUR MESSAGE OR QUESTION TO WRITING SIGNED BY THE FOREPERSON, AND PASS THE NOTE TO THE BAILIFF WHO WILL BRING IT TO MY ATTENTION.  AFTER CONSULTING WITH THE LAWYERS, I WILL THEN RESPOND AS PROMPTLY AS POSSIBLE, EITHER IN WRITING OR BY HAVING YOU RETURNED TO THE COURTROOM SO THAT I CAN ADDRESS YOU ORALLY.  I CAUTION YOU, HOWEVER, WITH REGARD

TO ANY MESSAGE OR QUESTION YOU MIGHT SEND, THAT YOU SHOULD NEVER STATE OR SPECIFY YOUR NUMERICAL DIVISION AT THE TIME.

IT IS PROPER TO ADD THE CAUTION THAT NOTHING SAID IN THESE INSTRUCTIONS AND NOTHING IN THE VERDICT FORM PREPARED FOR YOUR CONVENIENCE IS MEANT TO SUGGEST OR HINT IN ANY WAY WHAT VERDICT I THINK YOU SHOULD FIND.

WHAT THE VERDICT SHALL BE IS YOUR SOLE AND EXCLUSIVE DUTY AND RESPONSIBILITY.  YOU WILL NOTE FROM THE OATH ABOUT TO BE TAKEN BY THE BAILIFF THAT SHE TOO, AS WELL AS ALL OTHER PERSONS, ARE FORBIDDEN TO COMMUNICATE IN ANY WAY OR MANNER WITH ANY MEMBER OF THE JURY ON ANY SUBJECT TOUCHING THE MERITS OF THE CASE.

[SWEAR BAILIFF(S) AND SEND JURY OUT]

57